FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2022

No. 04-21-00471-CR

Caleb Patrick **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

On June 2, 2022, we abated this appeal to allow the trial court to appoint new appellate counsel for appellant, Caleb Patrick Daniels. We received a supplemental clerk's record on June 24, 2022, which contains an order appointing appellate counsel, John Michael Lamerson, to represent appellant in this appeal.

It is therefore **ordered** that this appeal is **reinstated** on the docket of this court and that appellant's brief is due on or before July 25, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court